IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAQUETA WILLIAMS,               :   CIVIL ACTION
                                :   NO. 20-03387
          Plaintiff,            :
                                :
     v.                         :
                                :
ROC NATION, LLC, et al.,        :
                                :
          Defendants.           :

## O R D E R

**AND NOW**, this **21st** day of **October, 2020,** after considering Defendants' Motions to Dismiss (ECF Nos. 17, 19) and Plaintiff's Responses thereto (ECF Nos. 25, 26) and holding a hearing on the record with counsel for the parties, it is hereby **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 17, 19) are granted as to Counts III and IV and denied as to Counts I and II for the reasons set forth in the accompanying memorandum. Accordingly, Counts III and IV of the Complaint (ECF No. 1) are **DISMISSED without prejudice** and Plaintiff is granted **leave to AMEND** Counts III and IV by **November 4, 2020.**

          **AND IT IS SO ORDERED.**

                              */s/ Eduardo C. Robreno*
                              **EDUARDO C. ROBRENO, J.**