UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAQUETA WILLIAMS<br><br>  Plaintiff,<br><br>v.<br><br>ROC NATION, LLC, et al.,<br><br>  Defendants. | Civil Action No. 2:20-cv-03387-ER |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Saqueta Williams and Defendants Roc Nation, LLC, Robert Rihmeek Williams, Shawn Corey Carter, Amazon.com, Inc., and Intellectual Property Corporation (together, the "Parties"), by and through their undersigned counsel, hereby move pursuant to Section II.B of the Outline of Pretrial Procedures before Judge Eduardo C. Robreno to modify the Scheduling Order in order to stay the pending deadlines in that Order. *See* ECF No. 32.

Following the Court's Order granting in part and denying in part Defendants' motions to dismiss, the Court issued a Scheduling Order setting initial discovery deadlines. *Id.* On November 2, 2020, Plaintiff filed an Amended Complaint. *See* ECF No. 33. Defendants intend to move to dismiss the Amended Complaint by November 16, 2020.

The Parties have conferred and agree that a stay of discovery is appropriate since the outcome of the forthcoming motion to dismiss could significantly limit the scope of discovery. "While the court should not automatically stay discovery because a motion to dismiss has been filed, 'a stay is proper where the likelihood that such motion may result in a narrowing or an outright elimination of discovery outweighs the likely harm to be produced by the delay.'" *19th St. Baptist Church v. St. Peters Episcopal Church*, 190 F.R.D. 345, 349 (E.D. Pa. 2000) (Robreno, J.) (quoting *Weisman v. Mediq, Inc.*, 1995 WL 273678, *2 (E.D. Pa. 1995)). "In other words, the court should carefully balance the relative benefit and harm that would ensue to each party from

1

the grant or denial of a stay." *Id.* "Briefly deferring discovery in such a case, while the Court determines the threshold issue of whether a complaint has sufficient merit to go forward, recognizes a simple, fundamental truth: Parties who file motions which may present potentially meritorious and complete legal defenses to civil actions should not be put to the time, expense and burden of factual discovery until after these claimed legal defenses are addressed by the Court." *Gadra-Lord v. Vuksta*, 2016 WL 930726, at *2 (M.D. Pa. Mar. 11, 2016); *see also Pfizer Inc. v. Johnson & Johnson*, 2018 WL 1071932, at *2 (E.D. Pa. Feb. 27, 2018) (granting defendants' motion to stay "pending the resolution of their Motion to Dismiss").

Here, dismissal of the amended claims could significantly alter the scope of discovery, and the Parties have agreed to a stay in order to avoid any unnecessary burden and expense of premature discovery and to ensure that any future discovery is conducted efficiently. As such, there is a good cause to modify the Scheduling Order, and the Parties respectfully request that the Court stay the discovery and other deadlines pending resolution of the forthcoming motion to dismiss.

Dated:  November 4, 2020

| */s/ Steven F. Marino* | */s/ Alex Spiro* |
|---|---|
| Steven F. Marino, Esquire | Alex Spiro (*pro hac vice*) |
| PA Attorney I.D. No. 53034 | Ellyde R. Thompson (*pro hac vice*) |
| Joseph Auddino, Esquire | QUINN EMANUEL URQUHART & |
| PA Attorney I.D. No. 316752 | SULLIVAN, LLP |
| MARINO ASSOCIATES | 51 Madison Avenue, 22nd Floor, |
| 301 Wharton Street | New York, New York 10010 |
| Philadelphia, PA 19147 | Telephone:  212-849-7000 |
| Telephone:  215-462-3200 | alexspiro@quinnemanuel.com |
| smarino@marinoassociates.net | ellydethompson@quinnemanuel.com |
| jauddino@marinoassociates.net | |

*Attorneys for Plaintiff*

*/s/ Michael Berry*
Michael Berry
Elizabeth Seidlin-Bernstein
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  215-665-8500
berrym@ballardspahr.com
seidline@ballardspahr.com

*Attorneys for Defendant Amazon.com, Inc.*

*/s/ Derek E. Jokelson*
Derek Jokelson
JOKELSON LAW GROUP, P.C.
230 South Broad St., 10th Floor
Philadelphia, PA 19102
Telephone:  215.735.7556
Facsimile:  215.985.0476
dej@jokelson.com

Cameron Stracher (*pro hac vice*)
CAMERON STRACHER, PLLC
51 Astor Place, 9th Floor
New York, NY 10003
Telephone:  646-992-3850
cam@stracherlaw.com

*Attorneys for Defendant Intellectual Property Corporation*

Allison L. McGuire  (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:  202-538-8000
allisonmcguire@quinnemanuel.com

Ashley E. Shapiro (I.D. No. 209290)
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 3200
Philadelphia Pennsylvania 19102
Telephone:  215-665-8700
ashley.shapiro@bipc.com

*Attorneys for Defendants Roc Nation, LLC, Robert Rihmeek Williams, and Shawn Corey Carter*

## **CERTIFICATE OF SERVICE**

I, Alex Spiro, hereby certify that on November 4, 2020, I caused a true and correct copy of the foregoing Joint Motion to Modify the Scheduling Order to be served on counsel of record for all parties through the Court's CM/ECF system.

                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

                              By:   */s/ Alex Spiro*
                                    Alex Spiro
                                    *Attorney for Defendants Roc Nation, LLC, Robert Rihmeek Williams, and Shawn Corey Carter*