```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SAQUETA WILLIAMS, | : | CIVIL ACTION |
| | : | NO. 20-03387 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROC NATION, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **5th** day of **November, 2020**, it is hereby **ORDERED** as follows:

1. The Joint Motion to Modify Scheduling Order (ECF No. 34) is **GRANTED in part and DENIED in part;**

2. Discovery is stayed until **December 7, 2020**; and

3. Any Motion to Dismiss the Amended Complaint shall be filed by **November 16, 2020**. A Response to such a Motion shall be filed by **November 30, 2020**. The Court will not grant extensions to these deadlines and will not grant leave to file a Reply.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**