IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAQUETA WILLIAMS, | : | CIVIL ACTION |
| | : | NO. 20-03387 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROC NATION, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **18th** day of **March, 2021,** upon consideration of Plaintiff's Notice of Voluntary Dismissal, it is hereby **ORDERED** that the Notice (ECF No. 46) is **STRICKEN** and **VACATED** for failure to comply with Federal Rule of Civil Procedure 41(a)(1)(A) in that Defendants have served an Answer and the proposed stipulation is not signed by all parties who have appeared.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**