IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SAQUETA WILLIAMS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: 2:20-CV-03387-ER |
| ROC NATION, LLC, et al., | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for plaintiff Saqueta Williams ("Plaintiff"), on the one hand, and defendants Roc Nation, LLC, Robert Rihmeek Williams, Shawn Corey Carter, Amazon.com, Inc., and IPC Television, LLC (sued herein as "Intellectual Property Corporation") (collectively, "Defendants"), on the other hand, that Plaintiff's claims against Defendants shall be, and hereby are, dismissed with prejudice and without costs or fees to any party, the parties hereto waiving all rights of appeal.

By: /s/ Steven F. Marino  
Steven F. Marino  
*Attorney for Plaintiff*

March 23, 2021  
Dated

By: */s/ Derek Jokelson*  
Derek Jokelson  
*Counsel for Defendant*  
*IPC Television, LLC*  
(d/b/a Intellectual Property Corporation)

March 23, 2021  
Dated

By: */s/ Michael Berry*  
Michael Berry  
*Counsel for Defendant*  
*Amazon.com, Inc.*

March 23, 2021  
Dated

By:     /s/ *Alex Spiro*                          March 23, 2021
        Alex Spiro                                   Dated
        *Counsel for Defendants Roc*
        *Nation, LLC, Robert Rihmeek*
        *Williams, and Shawn Corey Carter*

**APPROVED BY THE COURT. THIS CASE SHALL BE MARKED CLOSED.**

/s/ *Eduardo C. Robreno*
**EDUARDO C. ROBRENO,        J.**

**Date: March 24, 2021**

2